1 | PRINDLE GOETZ BARNES & REINHOLTZ, LLP
2 | R. Derek Classen (SBN 162805)
3 | 310 Golden Shore
4 | 4th Floor
5 | Long Beach, CA, 90017
6 | Tel: (562) 436-3946
Fax: (562) 495-0564
dclassen@prindlelaw.com
TARG-0488
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| FRANCISCA RIOS,<br><br>        PLAINTIFF,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 TO 20, INCLUSIVE,<br><br>        DEFENDANT. | CASE NO:<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant TARGET CORPORATION (hereinafter "TARGET"), hereby removes to this Court the state court action described below.

1. On or about July 9, 2020, an action was commenced in the Superior Court of the State of California in the County of Los Angeles, entitled FRANCISCA RIOS v. TARGET CORPORATION, et al., as Case Number 20STCV25768. A copy of the Complaint is attached hereto as Exhibit "A."

/ / /

2. The first date upon which Defendant TARGET received a copy of said Complaint was January 8, 2021, when Defendant was served with a copy of the Complaint and a summons from the State Court. A copy of the summons is attached hereto as Exhibit "B."

3. On January 8, 2021, Target received a copy of Plaintiff's statement of damages. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1446(b), in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, based upon Plaintiff's Statement of Damages, in which Plaintiff is seeking $200,000.00 for pain, suffering and inconvenience, $100,000.00 in medical expenses to date and $100,000.00 in future medical specials. Attached please find Plaintiff's Statement of Damages as Exhibit "C."

4. Plaintiff, FRANCISCA RIOS, was and is a citizen of the State of California, and Target was and is a citizen of the State of Minnesota, where it is incorporated and where its principal place of business and nerve center are located.

/ / /

/ / /

/ / /

/ / /

5. TARGET CORPORATION is the only named Defendant in this action, and is the only Defendant that has been served with the summons and complaint in this action.

DATED: February 3, 2021

PRINDLE GOETZ BARNES
& REINHOLTZ, LLP

_____

R. Derek Classen
Attorneys for Defendant
TARGET CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §1441(b) [DIVERSITY]

Electronically FILED by Superior Court of California, County of Los Angeles on 07/09/2020 11:10 AM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk
20STCV25768

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Daniel Crowley

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): |
|---|
| Peter M. Lazarus (SBN 128055)  Michael P. Hollomon, Jr. (SBN 139520) |
| PACIFIC ATTORNEY GROUP |
| 856 South Robertson Boulevard |
| Los Angeles, CA 90035 |
| TELEPHONE NO: (310) 659-6000   FAX NO. (Optional): (310) 659-4000 |
| E-MAIL ADDRESS (Optional): mike@pacificattorneygroup.com |
| ATTORNEY FOR (Name): Plaintiff, Francisca Rios |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 312 North Spring Street
MAILING ADDRESS: 312 North Spring Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: Francisca Rios

DEFENDANT: Target Corporation; and

[✓] DOES 1 TO 20

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[ ] AMENDED (Number):
Type (check all that apply):
[ ] MOTOR VEHICLE   [✓] OTHER (specify): Premises Liability
 [ ] Property Damage   [ ] Wrongful Death
 [✓] Personal Injury   [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
 Amount demanded  [ ] does not exceed $10,000
          [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
 [ ] from limited to unlimited
 [ ] from unlimited to limited

CASE NUMBER: 20STCV25768

1. Plaintiff (name or names): Francisca Rios
   alleges causes of action against defendant (name or names):
   Target Corporation and DOES 1 TO 20
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor  [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use | COMPLAINT—Personal Injury, Property | Code of Civil Procedure, § 425.12 |
| Judicial Council of California | Damage, Wrongful Death | www.courtinfo.ca.gov |
| PLD-PI-001 [Rev. January 1, 2007] | | American LegalNet, Inc. |
| | | www.FormsWorkflow.com |

PLD-PI-001

| SHORT TITLE: Rios, Francisca v. Target Corporation | CASE NUMBER: |
|---|---|

4. ☐ **Plaintiff** *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant *(name)*: Target Corporation   c. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                  (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:         (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:                  (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:                             (5) ☐ other *(specify)*:

   b. ☐ except defendant *(name)*:                      d. ☐ except defendant *(name)*:
      (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                  (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:         (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:                  (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:                             (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 11 to 20 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers)*: 1 to 10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

PLD-PI-001 [Rev. January 1, 2007]      **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**      Page 2 of 3

PLD-PI-001

| SHORT TITLE: Rios, Francisca v. Target Corporation | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☑ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify)*:
   Pre-judgment interest pursuant to California Civil Code section 3291

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: July 8, 2020

Michael P. Hollomon, Jr.
(TYPE OR PRINT NAME)     ▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**     Page 3 of 3

1-12-2021     000331402G0001     6020210112026934

https://www.sedgwicksir.com/EditorHTML5/printModule.html     1/18/2021

PLD-PI-001(4)

| SHORT TITLE: Rios, Francisca v. Target Corporation | CASE NUMBER: |
|---|---|

<u>First</u> **CAUSE OF ACTION—Premises Liability** Page __4__
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name)*: Francisca Rios
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: 07/14/18   plaintiff was injured on the following premises in the following
fashion *(description of premises and circumstances of injury)*:

Defendants Target Corporation, and DOES 1 through 20, inclusively, and each of them, negligently owned and maintained their premises located at 6750 Cherry Ave, Long Beach, CA 90805-1717, in which Plaintiff slipped and fell due to a liquid substance on the floor, suffering serious personal injuries.

**Prem.L-2.** [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Target Corporation, and

[✓] Does __1__ to __10__

**Prem.L-3.** [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*:

[ ] Does _____ to _____
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

**Prem.L-4.** [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does _____ to _____

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5.** a. [✓] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
Target Corporation, and

[✓] Does __11__ to __20__

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: Rios, Francisca v. Target Corporation | CASE NUMBER: |
|---|---|

**Second** CAUSE OF ACTION—General Negligence   Page __5__
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Francisca Rios

alleges that defendant *(name):* Target Corporation; and

☑ Does  1  to  20

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* 07/14/18
at *(place):* Target Corporation, 6750 Cherry Ave, Long Beach, CA 90805-1717

*(description of reasons for liability):*

Defendants Target Corporation, and DOES 1 through 20, inclusively, and each of them, negligently owned and maintained their premises located at 6750 Cherry Ave, Long Beach, CA 90805-1717, in which Plaintiff slipped and fell due to a liquid substance on the floor, suffering serious personal injuries.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"

Electronically FILED by Superior Court of California, County of Los Angeles on 07/09/2020 10:10 AM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk
20STCV25768

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Target Corporation and DOES 1 to 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Francisca Rios

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles County Superior Court

Spring Street Courthouse
312 North Spring Street, Los Angeles, CA 90012

**CASE NUMBER:**
*(Número del Caso):*
**20STCV25768**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Peter M. Lazarus Pacific Attorney Group 856 S Robertson Blvd Los Angeles CA 90035 310.659.6000

DATE: 07/09/2020
*(Fecha)*

Clerk, by Sherri R. Carter Executive Officer / Clerk of Court
*(Secretario)* **H. Flores-Hernandez**, Deputy *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* TARGET CORPORATION

   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☒ by personal delivery on *(date):* 1/8/21

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

---

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "C"

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §1441(b) [DIVERSITY]




- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

CIV-050

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Peter M. Lazarus, Esq. [SBN 128055]<br>PACIFIC ATTORNEY GROUP<br>856 South Robertson Boulevard, Penthouse<br>Los Angeles, CA 90035 | 310.659.6000 | |
| ATTORNEY FOR (name): Plaintiff, Francisca Rios | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 312 N Spring Street
MAILING ADDRESS: Los Angeles, CA 90012
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Spring Street Courthouse

PLAINTIFF: Francisca Rios
DEFENDANT: Target Corporation

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 20STCV25768

To (name of one defendant only): Target Corporation
Plaintiff (name of one plaintiff only): Francisca Rios
seeks damages in the above-entitled action, as follows:

**AMOUNT**

1. General damages
   a. [✓] Pain, suffering, and inconvenience ................................................. $ 200,000.00
   b. [ ] Emotional distress. ................................................................. $ _____
   c. [ ] Loss of consortium ................................................................. $ _____
   d. [ ] Loss of society and companionship (wrongful death actions only) ........... $ _____
   e. [ ] Other (specify) _____ $ _____
   f. [ ] Other (specify) _____ $ _____
   g. [ ] Continued on Attachment 1.g.

2. Special damages
   a. [✓] Medical expenses (to date) ........................................................ $ 100,000.00
   b. [✓] Future medical expenses (present value) ........................................ $ 100,000.00
   c. [ ] Loss of earnings (to date) ....................................................... $ _____
   d. [ ] Loss of future earning capacity (present value) ............................... $ _____
   e. [ ] Property damage ................................................................... $ _____
   f. [ ] Funeral expenses (wrongful death actions only) ................................ $ _____
   g. [ ] Future contributions (present value) (wrongful death actions only) ........ $ _____
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .. $ _____
   i. [ ] Other (specify) _____ $ _____
   j. [ ] Other (specify) _____ $ _____
   k. [ ] Continued on Attachment 2.k.

3. [ ] Punitive damages: Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ _____
   when pursuing a judgment in the suit filed against you.

Date: December 14, 2020

Peter M. Lazarus
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 (Rev. January 1, 2007)

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

1-12-2021                            000331402G0001                            6020210112026934

https://www.sedgwicksir.com/EditorHTML5/printModule.html                                            1/18/2021

CIV-050

| PLAINTIFF: Francisca Rios | CASE NUMBER: |
| DEFENDANT: Target Corporation | 20STCV25768 |

**PROOF OF SERVICE**
*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☑ Statement of Damages   ☐ Other *(specify):*

   b. on *(name):*
   c. by serving ☐ defendant   ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery   ☐ at home   ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date:

► _____
         (SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.
Date:

► _____
         (SIGNATURE)

CIV-050 (Rev. January 1, 2007)         **PROOF OF SERVICE**         Page 2 of 2
                                      **(Statement of Damages)**     Code of Civil Procedure §§ 425.11, 425.115

1-12-2021                          000331402G0001                    6020210112026934

https://www.sedgwicksir.com/EditorHTML5/printModule.html                                 1/18/2021

TARG-0488

# PROOF OF SERVICE
*Francisca Rios v. Target Corporation*
Case No.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.

On February 4, 2021, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY]** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☐ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☒ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 4, 2021, at Long Beach, California.

*Leti Gutierrez*
LETI GUTIERREZ

TARG-0488

*Francisca Rios v. Target Corporation*
*Case No.*

# SERVICE LIST

**Attorneys for Plaintiff**

Peter M. Lazarus, Esq.
Michael P. Hollomon, Jr., Esq.
PACIFIC ATTORNEY GROUP
856 S. Robertson Blvd.
Los Angeles, California 90035

Telephone:   310-659-6000
Facsimile:   310-659-4000
E-Mail:
mike@pacificattorneygroup.com

TARG-0468