# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA RIOS,<br><br>　　　　　PLAINTIFF,<br><br>　v.<br><br>TARGET CORPORATION; and DOES 1 TO 20, INCLUSIVE,<br><br>　　　　　DEFENDANTS. | No. 2:21-cv-01020-JAK (Ex)<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT, TARGET CORPORATION (DKT. 22)**<br><br>**JS-6** |

Based on a review of the parties' Stipulation for Dismissal of Defendant, Target Corporation (the "Stipulation" (Dkt. 22)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The action is dismissed with prejudice.

　　**IT IS SO ORDERED.**

DATED: October 27, 2021　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1